```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
POINT EIGHT POWER, INC.,                                       :
                                                               :
                              Plaintiff(s),     :    1:14-cv-6152-GHW
                                                               :
            -v -                                :    ORDER
                                                               :
PACS INDUSTRIES, INC., ET AL.,                                 :
                                                               :
                              Defendant(s).     :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The parties' August 12, 2014 letter request is granted in part. Defendants' papers opposing the grant of a preliminary injunction are due by August 19, 2014 and plaintiff's reply, if any, is due by August 22, 2014. In addition, the preliminary injunction hearing is adjourned from August 19, 2014 to **September 4, 2014 at 10:00 a.m.** By consent of the parties, the temporary restraining order currently in effect is extended through the date of the preliminary injunction hearing.

SO ORDERED.

Dated: August 12, 2014
New York, New York

_____
GREGORY H. WOODS
United States District Judge