UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
POINT EIGHT POWER, INC.,                          :   Case No. 14-cv-6152 (GHW)
                                                  :
                            Plaintiff,            :
                    vs.                           :   **CERTIFICATE OF SERVICE**
                                                  :
PACS INDUSTRIES, INC. AND PACS                    :
SWITCHGEAR, LLC,                                  :
                                                  :
                            Defendants.           :
------------------------------------------------------------------X

     REBECCA E. ALGIE, certifies under penalty of perjury:

1. I am an attorney duly admitted to the bar of this court and am employed as an associate at Seward & Kissel LLP.

2. On August 6, 2014, I caused to be served true and correct copies, via Federal Express overnight delivery, of:

   - A version of the order to show cause, signed by Judge Woods but not yet filed on the Southern District of New York's ECF Website dated August 6, 2014, with supporting declarations from Bruce Paulsen, Steven Liggio with exhibits A, B, C, and D, and Brett Reagan all dated August 5, 2014;

   - Plaintiff's Memorandum of Law in Support of a Motion for Temporary Restraining Order and Preliminary Injunction;

   - The Complaint with exhibits attached;

   - The Civil Cover Sheet;

   - Point Eight Power Inc.'s Rule 7.1 Disclosure Statement;

to the three addresses listed in the order to show cause dated August 6, 2014:

- PACS Switchgear LLC, c/o Terry J. Kirwan, Jr., Kirwan Law Firm, PC, 7075 Manlius Center Rd., East Syracuse, New York 13057;
- PACS Industries, Inc., 1211 Stewart Avenue, Bethpage, New York 11714;
- Stuart A. Laven, Jr., Cavitch Familo & Durkin L.P.A., 1300 East Ninth Street, 20th Floor, Cleveland, Ohio 44114.

3. On August 7, 2014, I was informed by Federal Express that the address for PACS Switchgear, LLC c/o Terry J. Kirwan was not correct. I called Mr. Kirwan and he supplied me with his updated address, 500 Plum Street, Suite 101, Syracuse, New York 13204. I then directed Federal Express to deliver the package to that address. Federal Express records show that the package was delivered to the new address on August 8, 2014.

4. On August 7, 2014, I caused to be served true and correct copies, via Federal Express overnight delivery, of:

- A version of the order to show cause, signed by Judge Woods and filed on the Southern District of New York's ECF Website dated August 6, 2014, with supporting declarations from Bruce Paulsen, Steven Liggio with exhibits A, B, C, and D, and Brett Reagan, all dated August 5, 2014;
- Plaintiff's Memorandum of Law in Support of a Motion for Temporary Restraining Order and Preliminary Injunction;
- The Complaint with exhibits attached;
- The Civil Cover Sheet;
- Point Eight Power Inc.'s Rule 7.1 Disclosure Statement;

to two addresses listed in the order to show cause dated August 6, 2014, and to the updated address for PACS Switchgear, LLC c/o Terry J. Kirwan, Jr.:

- PACS Switchgear, LLC c/o Terry J. Kirwan, Jr. 500 Plum Street, Suite 101, Syracuse, New York 13204;

- PACS Industries, Inc., 1211 Stewart Avenue, Bethpage, New York 11714;
- Stuart A. Laven, Jr., Cavitch Familo & Durkin L.P.A., 1300 East Ninth Street, 20th Floor, Cleveland, Ohio 44114.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 13, 2014

                                        /s/ Rebecca E. Algie
                                        Rebecca E. Algie

SK 99159 0020 6081839 v3