United States District Court for the
Southern District of New York

---

Point Eight Power, Inc.,

                                             Plaintiff,

  -against-

PACS Industries, Inc., and
PACS Switchgear, LLC,

                                             Defendants.

**AFFIDAVIT OF SERVICE**
Civil Action # 14 CV 6152

---

STATE OF NEW YORK
COUNTY OF ALBANY SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 8th day of August, 2014, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Individual Rules of Practices in Civil Cases for Gregory H. Woods, United States District Judge, Individual Practices of Magistrate Judge Francis and United States District Court Electronic Case Filing Rules and Instruction, upon **PACS INDUSTRIES, INC.,** by delivering to and leaving with Amy Lesch an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 306 of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Amy Lesch is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weights approximately 180 pounds with brown hair and glasses.

                                                                 Denise L. Dooley

Sworn to before me
this 8th day of August, 2014.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2018

```
                    State of New York - Department of State
                               Receipt for Service


Receipt #:  201408080158                        Cash #:  201408080143
Date of Service:  08/08/2014                    Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:   SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:   PACS INDUSTRIES, INC.


Plaintiff/Petitioner:
        POINT EIGHT POWER, INC.



Service of Process Address:
PACS INDUSTRIES, INC.
61 STEAMBOAT ROAD
GREAT NECK,  NY 11022

                                                   Secretary of State
                                                   By   AMY LESCH
```