United States District Court for the
Southern District of New York

---

Point Eight Power, Inc.,

                                                Plaintiff,

  -against-

PACS Industries, Inc., and
PACS Switchgear, LLC,

                                                Defendants.

**AFFIDAVIT OF SERVICE**
Civil Action # 14 CV 6152

---

STATE OF NEW YORK
COUNTY OF ALBANY  SS:

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is a resident of New York State and is not a party to this action.

That on the 8th day of August, 2014, at approximately the time of 11:00 a.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served the Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Individual Rules of Practices in Civil Cases for Gregory H. Woods, United States District Judge, Individual Practices of Magistrate Judge Francis and United States District Court Electronic Case Filing Rules and Instruction, upon **PACS SWITCHGEAR, LLC,** by delivering to and leaving with Amy Lesch an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section 303 of the Limited Liability Company Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Amy Lesch is a white female, approximately 35 years of age, stands approximately 5 feet 6 inches tall, weights approximately 180 pounds with brown hair and glasses.

                                                                                      Denise L. Dooley

Sworn to before me
this 8th day of August, 2014.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2018

```
                    State of New York - Department of State
                               Receipt for Service

Receipt #:  201408080155                          Cash #:  201408080140
Date of Service:  08/08/2014                     Fee Paid:  $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:   SECTION 303 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:   PACS SWITCHGEAR, LLC


Plaintiff/Petitioner:
          POINT EIGHT POWER, INC.



Service of Process Address:
C/O TERRY J. KIRWAN, JR., KIRWAN LAW FIR
BRIDGEWATER PLACE
500 PLUM STREET, SUITE 101
SYRACUSE,  NY  13204
                                                    Secretary of State
                                                       By   AMY LESCH
```