**SEWARD & KISSEL LLP**

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

BRUCE G. PAULSEN
PARTNER
(212) 574-1533
paulsen@sewkis.com

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

August 15, 2014

**VIA CM/ECF**

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007-1312

    Re:    **Point Eight Power, Inc., v. PACS Industries, Inc., et al., 14-cv-6152 (GHW)**

Dear Judge Woods:

    We represent Plaintiff Point Eight Power, Inc. The parties write jointly, pursuant to Your Honor's Individual Rules of Practice in Civil Cases 1.E, to request a four week adjournment of the date for the preliminary injunction hearing in this matter (presently September 4, 2014 at 1:00 p.m.) and the corresponding briefing schedule. This is the parties' second request for an adjournment of the preliminary injunction motion.

    The parties jointly request the adjournment to allow them to continue settlement discussions that started this week and have to this point been very productive, and to document any final settlement.

    The parties request the following schedule:

Hearing: October 2 at 1:00 p.m.

Defendants' response briefing: September 17 (presently August 19)

Plaintiff's reply briefing: September 23 (presently August 22)

    We are authorized to state that defendant PACS Switchgear, LLC consents to extension of the temporary restraining order pending the adjourned hearing.

Hon. Gregory H. Woods
August 15, 2014
Page 2

                                            Respectfully submitted,

                                            /s/ Bruce G. Paulsen
                                            Bruce G. Paulsen

BGP:sac
cc: Stuart A. Laven, Jr., Esq. (by ECF)

SK 28532 0001 6086222