```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                :

POINT EIGHT POWER, INC.,            :

                            Plaintiff(s),  :      1:14-cv-6152-GHW

               -v -                 :      ORDER

PACS INDUSTRIES, INC., ET AL.,   :

                          Defendant(s).  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The parties' August 15, 2014 letter request is granted.  Defendants' papers opposing the grant of a preliminary injunction are due by September 17, 2014 and plaintiff's reply, if any, is due by September 23, 2014.  In addition, the preliminary injunction hearing is adjourned from September 4, 2014 to **October 2, 2014 at 4:00 p.m.**  By consent of the parties, the temporary restraining order currently in effect is extended through the date of the preliminary injunction hearing.

       SO ORDERED.

Dated:  August 18, 2014
New York, New York
                                              GREGORY H. WOODS
                                        United States District Judge