```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/29/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

POINT EIGHT POWER, INC.,

                              Plaintiff,                  1:14-cv-06152 (GHW)

     --vs.--

                                                                         STIPULATION

PACS INDUSTRIES, INC. AND PACS
SWITCHGEAR, LLC,

                              Defendants.

------------------------------------------------------------------X

        We, the attorneys for the respective parties, do hereby stipulate that the Defendant, PACS Switchgear, LLC, is hereby granted thirty (32) days, up to and including October 31, 2014, within which to answer, move or otherwise plead to the Complaint, and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

        The Defendants have previously been granted -1- leave to plead.

Dated: September 26, 2014

                                                          SEWARD & KISSEL LLP

                                                          Bruce G. Paulsen (BP 9563)
                                                           Jeffrey M. Dine (JD 0545)
                                                           One Battery Park Plaza
                                                           New York, New York 10004
                                                           Telephone: (212) 574-1200
                                                           Facsimile:  (212) 480-8421

                                                                 -And-

                                                          Scott R. Wheaton, Jr. (*admitted pro hac vice*)
                                                          Stewart F. Peck (*admitted pro hac vice*)
                                                          LUGENBUHL, WHEATON, PECK, RANKIN &
                                                               HUBBARD
                                                          601 Poydras Street, Suite 2775

New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile:  (504) 310-9195

*Attorneys for Point Eight Power, Inc.*


Cavitch, Familo & Durkin Co. L.P.A.

_____
Stuart A. Laven, Jr.
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114

*Attorneys for PACS Switchgear, LLC*


APPLICATION GRANTED.
SO ORDERED.


_____
GREGORY H. WOODS
United States District Judge

Dated: September 29, 2014