## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

BRUCE G. PAULSEN
PARTNER
(212) 574-1533
paulsen@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

October 15, 2014

**VIA CM/ECF**

Hon. Gregory H. Woods
United States District Judge
500 Pearl Street
New York, NY 10007-1312

Re: **Point Eight Power, Inc., v. PACS Industries, Inc., et al., 14-cv-6152 (GHW)**

Dear Judge Woods:

  We represent Plaintiff Point Eight Power, Inc. The parties write jointly, pursuant to Your Honor's Individual Rules of Practice in Civil Cases 1.E, to request a thirty - two (32) day adjournment of the date for the preliminary injunction hearing in this matter (presently November 6, 2014 at 4:00 p.m.) and the corresponding briefing schedule. The parties also respectfully request that the temporary restraining order currently in effect will be extended and remain in effect through the date of the preliminary injunction hearing. This is the parties' fourth request for an adjournment of the preliminary injunction motion.

  The parties jointly request the adjournment to allow them to continue settlement discussions that to this point have been very productive (currently the parties are exchanging draft settlement documents), and plan to document any final settlement in the near future.

  The parties request the following schedule:

Hearing: December 8 (presently November 6 at 4:00 p.m.)

Defendants' response briefing: November 17 (presently October 17)

Plaintiff's reply briefing: November 24 (presently October 23)

Hon. Gregory H. Woods
October 15, 2014
Page 2

    We are authorized to state that defendant PACS Switchgear, LLC consents to extension of the temporary restraining order pending the adjourned hearing.

                                                    Respectfully submitted,

                                                    /s/ Bruce G. Paulsen
                                                    Bruce G. Paulsen

BGP:rea
cc: Stuart A. Laven, Jr., Esq. (by ECF)

SK 28532 0001 6163300