USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/11/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POINT EIGHT POWER, INC.,

Plaintiff,

--v.--

PACS INDUSTRIES, INC. AND PACS
SWITCHGEAR, LLC,

Defendants.

Case No. 14-cv-6152 (GHW)

**STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P.
41(a)(1)(A)(ii)**

**WHEREAS,** Plaintiff Point Eight Power, Inc. and Defendant PACS Switchgear, LLC are

the only parties to have appeared in the above-captioned action,

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Point Eight Power,

Inc. and Defendant PACS Switchgear, LLC, pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), that the above-captioned action is dismissed, with prejudice and with each party

to bear its own costs and fees.

Dated: New York, NY
        December 10, 2014

SEWARD & KISSEL LLP

Bruce G. Paulsen (BP 9563)
Jeffrey M. Dine (JD 0545)
One Battery Park Plaza
New York, New York  10004
Telephone:    (212) 574-1200
Facsimile:    (212) 480-8421
        -and-
Scott R. Wheaton, Jr. (*admitted pro hac vice*)
Stewart F. Peck (*admitted pro hac vice*)
LUGENBUHL, WHEATON, PECK, RANKIN &
        HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile:   (504) 310-9195
*Attorneys for Point Eight Power, Inc.*

CAVITCH, FAMILO & DURKIN Co. L.P.A.

Stuart A. Laven, Jr. (SL9838)
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114

*Attorneys for PACS Switchgear, LLC*

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: December 11, 2014
New York, New York

GREGORY H. WOODS
United States District Judge