```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/11/14__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POINT EIGHT POWER, INC., <br><br> Plaintiff, <br><br> --v.-- <br><br> PACS INDUSTRIES, INC. AND PACS SWITCHGEAR, LLC, <br><br> Defendants. | Case No. 14-cv-6152 (GHW) <br><br> **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**WHEREAS,** Plaintiff Point Eight Power, Inc. and Defendant PACS Switchgear, LLC are the only parties to have appeared in the above-captioned action,

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Point Eight Power, Inc. and Defendant PACS Switchgear, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action is dismissed, with prejudice and with each party to bear its own costs and fees.

Dated: New York, NY
December 10, 2014

SEWARD & KISSEL LLP

_____
Bruce G. Paulsen (BP 9563)
Jeffrey M. Dine (JD 0545)
One Battery Park Plaza
New York, New York 10004
Telephone:   (212) 574-1200
Facsimile:   (212) 480-8421
         -and-
Scott R. Wheaton, Jr. (*admitted pro hac vice*)
Stewart F. Peck (*admitted pro hac vice*)
LUGENBUHL, WHEATON, PECK, RANKIN &
         HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile:   (504) 310-9195
*Attorneys for Point Eight Power, Inc.*

Case 1:14-cv-06152-GHW   Document 34   Filed 12/11/14   Page 2 of 2

CAVITCH, FAMILO & DURKIN Co. L.P.A.

_____
Stuart A. Laven, Jr. (SL9838)
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114

*Attorneys for PACS Switchgear, LLC*

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: December 11, 2014
New York, New York

_____
GREGORY H. WOODS
United States District Judge