USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/11/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

POINT EIGHT POWER, INC.,

                                        Plaintiff,

          --v.--

PACS INDUSTRIES, INC. AND PACS
SWITCHGEAR, LLC,

                                        Defendants.

Case No. 14-cv-6152 (GHW)

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO FED.
R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE THAT,** that pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), Plaintiff Point Eight Power, Inc. hereby dismisses the above-captioned action

with prejudice as to Defendant PACS Industries, Inc., which has not appeared and has not

answered or moved for summary judgment in response to the Complaint.

Dated: New York, NY
        December 17, 2014

                              SEWARD & KISSEL LLP

                              Bruce G. Paulsen (BP 9563)
                              Jeffrey M. Dine (JD 0545)
                              One Battery Park Plaza
                              New York, New York  10004
                              Telephone:     (212) 574-1200
                              Facsimile:     (212) 480-8421
                                        -and-
                              Scott R. Wheaton, Jr. (*admitted pro hac vice*)
                              Stewart F. Peck (*admitted pro hac vice*)
                              LUGENBUHL, WHEATON, PECK, RANKIN &
                                        HUBBARD
                              601 Poydras Street, Suite 2775
                              New Orleans, Louisiana 70130
                              Telephone:  (504) 568-1990
                              Facsimile:   (504) 310-9195

The plaintiff has filed a notice of dismissal
of this action as to defendant PACS
Industries, Inc. under Rule 41(a)(1)(A)(i).

Dated:  December 11, 2014
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge